**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRACY MCNEIL | : | CIVIL ACTION |
| | : | |
| v. | : | NO.   20-6319 |
| | : | |
| WELLS FARGO BANK, N.A. | : | |

# ORDER

**AND NOW**, this 18th day of February 2021, upon considering Defendant's Motion to dismiss (ECF Doc. No. 14), Plaintiff's Opposition (ECF Doc. No. 15), Defendant's Reply (ECF Doc. No. 16), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 14) is **GRANTED** without prejudice to Plaintiff filing a second amended Complaint no later than **March 4, 2021** possibly alleging facts consistent with Fed.R.Civ.P. 11 allowing us to plausibly infer Defendant reported its March 2, 2020 error to the Social Security Administration leading to losses.

_____
**KEARNEY, J.**